In the Matter of the Foreclosure of Tax Liens by COUNTY OF SULLIVAN. COUNTY OF SULLIVAN, Respondent; JUDITH ANN FAY et al., Appellants.

Submitted May 23, 2011; decided June 30, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of SHAWN GREEN, Appellant, v MARK L. BRADT, as Superintendent of Elmira Correctional Facility, Respondent.

Submitted May 31, 2011; decided June 30, 2011

Motion for reargument of motion for leave to appeal denied [see 16 NY3d 709 (2011)].